**Order entered November 20, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00850-CV

## IN THE INTEREST OF C.R.E. AND C.E., CHILDREN

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-17-0149**

## ORDER

Before the Court is appellant's November 16, 2018 motion for an extension of time to file a brief. Appellant requests an extension until after January 1, 2019. This is an accelerated appeal involving the termination of appellant's parental rights. Accordingly, we **GRANT** the motion **TO THE EXTENT** that appellant shall file his brief by **December 14, 2018**.

/s/     ADA BROWN
         JUSTICE